UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x
LISA BUON,

                      Plaintiff,

   – against –

JACKIELYNN MANNING CAMPBELL, *et al.*,

                      Defendants.
-------------------------------------------------------------------------x

**ORDER**

No. 25-CV-3442 (CS)

Seibel, J.

     Plaintiff, who is proceeding *pro se*, paid the filing fees to commence this action. The Clerk of Court is directed to issue summonses as to Defendants Jackielynn Manning Campbell, Ed Forgit, Christopher Bayer, and Newburgh Enlarged City School District. Plaintiff is directed to serve the summons and complaint on each Defendant within 90 days of the issuance of the summonses. If within those 90 days, Plaintiff has not either served Defendants or requested an extension of time to do so, the Court may dismiss the claims against Defendants under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute. The Court directs Plaintiff's attention to the service of process guide on the Court's website, Service of Process in Cases Where the Fees Have Been Paid.

**SO ORDERED.**

Dated: May 27, 2025
       White Plains, New York

                                                *Cathy Seibel*
                                         CATHY SEIBEL, U.S.D.J.