UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x   Index No. 25-cv-03442
Dr. Lisa Buon,

                            Plaintiff,   Hon. Judge Cathy Seibel

   -against-

Dr. Manning Campbell, Ed Forgit, Christopher Bayer
and Newburgh Enlarged City School District,

                           Defendants.
-------------------------------------------------------------------x

## NOTICE OF APPEARANCE

**To: The Clerk of this Court and All Other Parties**

      Please take notice that henceforth Anne Donnelly, Esq. of the Law Office of Anne Donnelly, hereby enters an appearance as counsel for the Plaintiff Dr. Lisa Buon in the above captioned matter. Please direct all correspondence and notices accordingly.

Email: adblaw@gmail.com

Dated: New York, New York
October 8, 2025

                                        **LAW OFFICES OF ANNE DONNELLY**

                                        By:_____
                                        ANNE DONNELLY, Esq. (AD5486)
                                        43 West 43rd Street, Suite 117
                                        New York, New York 10036-7424
                                        Tel: (914) 239-3601
                                        Fax: (914) 219-3145